## Third Department, March, 1956

### (March 19, 1956)

■ In the Matter of EARL G. SMITH et al., Respondents, against BOARD OF TRUSTEES OF THE VILLAGE OF FORT EDWARD, Appellant.— Appeal from an order of the Supreme Court entered in Washington County which directed the board of trustees of the Village of Fort Edward, New York, to accept and file the certificate of acceptance of nomination by the Independent Party of respondents *nunc pro tunc* as of March 9, 1956, and to proceed thereon as though the same had been filed within the time prescribed by subdivision 9 of section 143 of the Election Law. Respondents were duly nominated as candidates of the Republican Party for the office of village trustee. Nominating petitions were also filed naming respondents as candidates for the same office by a group designating itself as the "Independent Party". These petitions designating respondents as candidates of the "Independent Party" are not challenged. However, the last day to file an acceptance of the independent nomination was March 9, 1956, and through inadvertence the acceptance was not presented for filing until March 12, 1956, and was rejected. It does not appear that anyone will be harmed or prejudiced in the election by the inclusion on the ballot of respondents' names as candidates of the "Independent Party". We think the Special Term did not abuse its discretion in making the order appealed from. (*Matter of Kagan* v. *Katz,* 275 App. Div. 1065.) Order unanimously affirmed, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

### (March 21, 1956)

■ In the Matter of the Claim of FRANK BRACCIO, Appellant, against DORA BYALICK, Doing Business as J & D BYALICK et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of ANGELO CHICHISOLA, Appellant, against JOHN W. JOHNSON, as Superintendent of Public Works, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of PATRICK F. CORSO, Appellant, against NEFF LITHOGRAPHING CO. INC. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of JOSEPH FABRITTI, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of RICHARD GANNON, Appellant, against ARTHUR McCANN SHELL GAS STATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of MICHAEL HIRSCH, Appellant, against FOOD FAIR STORES, INC., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ.